# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| CHESTLEY TURNER, STEPHANIE MCCRANIE, and TURNER EXPRESS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GAC STAR QUALITY, INC. and GRIGORE CECATI, <br><br> Defendants. | CASE NO. 1:21-cv-05867 |

## MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

Plaintiffs Chestley Turner, Stephanie McCranie, and Turner Express LLC ("Plaintiffs"), by and through their counsel, Mudd Law Offices, now file their Motion to Voluntarily Dismiss Without Prejudice ("Motion"), stating as follows:

1. Due to a number of factors, the Plaintiffs seek to dismiss the above-captioned case without prejudice and with each party bearing its own costs.

2. As the Defendants have filed an Answer in the above-captioned action, the Plaintiffs move to dismiss pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 41(a)(2).

3. There are no counterclaims.

WHEREFORE, based on the foregoing and pursuant to Fed. R. Civ. P., the Plaintiffs respectfully move this Court to grant their Motion, dismiss this action without prejudice, with each party bearing its own costs.

Dated: Chicago, Illinois
April 12, 2024

Respectfully submitted,

PLAINTIFFS,

*/s/ Kyle Serilla*
By: One of Their Attorneys
Kyle Serilla
Mudd Law Offices
411 South Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 (Telephone)
Attorney No. 6331525
kyle@muddlaw.com

## CERTIFICATE OF SERVICE

      I, Kyle Serilla., do hereby certify that service of this **MOTION TO VOLUNTARILY DISMISS THE CASE WITHOUT PREJUDICE** was accomplished pursuant to Electronic Case Filing as to ECF Users and shall be served upon other parties having filed appearances via postage pre-paid U.S. mail on the 8th day of April 2024.

                                                  */s/ Kyle Serilla*
                                                  Kyle Serilla

Kyle Serilla
MUDD LAW
411 South Sangamon Street
Suite 1B
Chicago, Illinois 60607
312.964.5051 (Telephone)
Attorney No. 6331525
kyle@muddlaw.com

## SERVICE LIST

Counsel for All Parties are ECF Users.